UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
DAIS ANALYTIC CORP.,

                                 Plaintiff,

               – against –

TRANSTECH NEW MATERIAL TECHNOLOGY CO.
LTD. and SHARON HAN,

                              Defendants.
------------------------------------------------------------------------x

**ORDER**

18-CV-11010 (CS)

Seibel, J.

      On November 26, 2018, Defendants removed this action, (Doc. 1), and filed the civil

cover sheet, (Doc. 2).  Neither party has made any further filings.  On December 9, 2019,

chambers contacted Defendants' counsel and the attorney listed as Plaintiff's counsel on the state

court paperwork, Christopher Milazzo, requesting an update, but received no response.

      Plaintiff is hereby ORDERED to file the Complaint by January 16, 2020, or this case will

be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**SO ORDERED.**

Dated: December 19, 2019
       White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.